UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIJAH HAWTHORNE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0036** |
| **BURL CAIN, WARDEN**<br>**LOUISIANA STATE PRISON** | **SECTION "N"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 14, 2013 (Rec. Doc. No. 13), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Elijah Hawthorne for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 25th day of November, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE